FILED
2017 Aug-08 PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **CRYSTAL STOVALL ENTERPRISES, LLC,** | ] | |
| Plaintiff, | ] | |
| | ] | 1:17-cv-484-KOB |
| v. | ] | |
| **ESSEX INSURANCE COMPANY,** | ] | |
| Defendant. | ] | |

## ORDER

The court, having received the Joint Stipulation of Dismissal (doc. 33), DISMISSES this action WITH PREJUDICE, with each party to bear its own costs.

DONE and ORDERED this 8th day of August, 2017.



KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE